IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT J. WILLIAMS, | NO.  C 07-2999 CW |
| Movant, | CR04-40175 CW |
| v. | NO.  C-07-3000 cw |
| | CR04-40059 CW |
| UNITED STATES OF AMERICA, | ORDER TO SHOW CAUSE |
| Respondent. | |

Movant, a federal prisoner currently incarcerated at United States Penitentiary at Lompoc, California, filed a motion titled "Motion for Petition of Writ of Habeas Corpus," which the Court construes as a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence.  Good cause appearing, the Court hereby issues the following orders:

    1. The Clerk of the Court shall serve by certified mail a copy of this Order and the motion and all attachments thereto upon Respondent and Respondent's attorney, the United States Attorney. The Clerk shall also serve a copy of this Order on Movant.

    2. Respondent shall file with this Court and serve upon Movant, within thirty (30) days of the issuance of this Order, an

**United States District Court**
For the Northern District of California

answer conforming in all respects to Rule 5 of the Rules Governing Section 2255 Cases, 28 U.S.C. foll. § 2255.

3. If Movant wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it upon Respondent within thirty (30) days of his receipt of the answer.

IT IS SO ORDERED.

Dated:  7/16/07

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

Copies mailed to parties noted on attached sheet

2

|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE<br>NORTHERN DISTRICT OF CALIFORNIA | |

Lamont J. Williams,

      Plaintiff,

  v.

Federal Bureau of Prisons, et al

      Defendant.
      _____/

Case Number: CV07-02999 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 16, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lamont Joseph Williams 97526-011
USP-Lompoc
3901 Klein Blvd., L-Unit/E2
Lompoc, CA 93436

U.S. Attorney
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Attorney General
U.S. Department of Justice
Washington, DC 20530

Dated: July 16, 2007

                                  Richard W. Wieking, Clerk
                                  By: Sheilah Cahill, Deputy Clerk